USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 2, 2014

MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 906
Brooklyn, New York 11201

Phone (718) 488-7788

August 28, 2014.

The Honorable Paul Crotty
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10038

RE Brace v the City of New York 12-cv- 6466

This letter was posted on ECF

Dear Judge Crotty

    I represent the plaintiff in this action for violation of his civil rights. I write this letter simply to advise the Court that this action has settled via the plaintiff's acceptance of a Rule 68 offer of $5001.00 plus attorney's fees for the plaintiff Beatrice Brace.

    Just for the sake of clarity the plaintiff Melvin Melendez had already accepted the City's Rule 68 offer also for $5001.00 plus attorney's fees. This action is now settled in toto.

    I thus request that all future motion schedules and conferences be cancelled.

    I thank you for your time and attention.

MC/ll

Very Truly Yours,

Signed

Michael Colihan

cc: Benjamin Ninan Kurvilla, Esq.

SO ORDERED: 9-2-14

_____
HON PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE